**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01538-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

ANDY ZUERCHER, individually;

    Defendant.

---

### ENTRY OF APPEARANCE OF PETER C. LEMIRE

---

Peter C. Lemire of Leyendecker & Lemire, LLC hereby enters his appearance on behalf of Defendant Andy Zuercher, in the above referenced case.

Respectfully submitted this 10th day of October, 2013.

    *s/ Peter C. Lemire*
    Peter C. Lemire
    Leyendecker & Lemire, LLC
    5460 S. Quebec St., Suite 330
    Greenwood Village, CO 80111
    Telephone: 303.768.0123
    Fax: 303.672.9200
    Email: Peter@coloradoiplaw.com
    **ATTORNEY FOR DEFENDANT.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 10, 2013, I caused the foregoing document, titled ENTRY OF APPEARANCE OF PETER C. LEMIRE, to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Jason Aaron Kotzker
Kotzker Law Group
9609 South University Boulevard
#632134
Highlands Ranch, CO 80163
303-875-5386
Jason@klgip.com

               *s/ Peter C. Lemire*
               Peter C. Lemire
               Leyendecker & Lemire, LLC
               5460 S. Quebec St., Suite 330
               Greenwood Village, CO 80111
               Telephone: 303.768.0123
               Fax: 303.672.9200
               Email: Peter@coloradoiplaw.com