# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 13-cv-01538-WYD-MEH

MALIBU MEDIA, LLC,

       Plaintiff,

v.

ANDY ZUERCHER, individually;

       Defendant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

---

COMES NOW, Defendant, by and through her attorneys, and respectfully moves the Court for an Order granting an extension of time of 30 days to answer or otherwise respond to Plaintiff's Complaint.

AS GROUNDS FOR THIS MOTION, Defendant states and shows the Court the following:

1. Defendant's counsel has conferred with Plaintiff's counsel regarding this matter, and Plaintiff's counsel does not oppose the motion.

2. A Complaint [CM-ECF Doc. #1] was filed by Plaintiff on June 14, 2013, before this Court. On July 13, 2013 Plaintiff filed an Amended Complaint [CM-ECF Doc. #13] naming Defendant.

3. Plaintiff allegedly served Defendant on September 19, 2013.

    4.    Counsel in this matter was retained on October 9, 2013.  Defendant's counsel has a good-faith believe that this extension of time will allow for the necessary time to prepare and file a proper response to Plaintiff's Complaint.

    5.    Plaintiff would not be prejudiced by the extension of time being requested by this Motion.

    6.    The Court has not previously granted any extensions of time in this matter.

WHEREFORE, considering the foregoing, Defendant hereby respectfully moves the Court for an Order extending the time within which he may file a response to Plaintiff's Complaint, to and including November 12, 2013.

Respectfully submitted this 10th day of October, 2013.

        *s/ Peter C. Lemire*
        Peter C. Lemire
        Leyendecker & Lemire, LLC
        5460 S. Quebec St., Suite 330
        Greenwood Village, CO 80111
        Telephone: 303.768.0123
        Fax: 303.672.9200
        Email: Peter@coloradoiplaw.com
        **ATTORNEY FOR DEFENDANT.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 10, 2013, I caused the foregoing document, titled UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Jason Aaron Kotzker
Kotzker Law Group
9609 South University Boulevard
#632134
Highlands Ranch, CO 80163
303-875-5386
Jason@klgip.com

                *s/ Peter C. Lemire*
                Peter C. Lemire
                Leyendecker & Lemire, LLC
                5460 S. Quebec St., Suite 330
                Greenwood Village, CO 80111
                Telephone: 303.768.0123
                Fax: 303.672.9200
                Email: Peter@coloradoiplaw.com